**Dismissed and Memorandum Opinion filed September 10, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00138-CV

## GARY  MILBURN, Appellant

## V.

## 10445 GREENS CROSSING LP D/B/A SUTTER RANCH APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1148611**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed February 11, 2020. The clerk's record was filed February 12, 2020. The reporter's record was filed June 29, 2020. No brief was filed.

On August 11, 2020, this court issued an order stating that unless appellant filed a brief on or before August 28, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.